JOSE  D.  PACHECO,  Respondent,  *v.*  JUAN  BEMAL, Appellant.

Where the appellant had failed to file a transcript of the record showing that the appeal had been perfect.  The Court ordered it dismissed, with 10 per cent. damages and costs.

THIS was an appeal from the District Court of the Seventh Judicial District for Solano County.

February 4th.  On motion of *Williams* and *Jones*, for the respondents, and filing a transcript of the record, the appellant having failed to do so, and the transcript showing that the appeal was perfected November 3d, 1851, the Court ordered that the appeal be dismissed, with 10 per cent. damages and costs.

---

## RULE OF COURT.

MONDAY, FEBRUARY 2, 1852.

"Satisfactory evidence of the omission to file the transcript referred to in Rule I, shall be deemed to be the certificate of the clerk of the Court below, under the seal of the Court, certifying the amount and character of the judgment, the date of its rendition, and that an appeal has been taken within the time when perfected."

MONDAY, MARCH 8, 1852.

"Ordered, that the sheriff of Solano County provide suitable rooms at the seat of government, in which to hold the April term of the Supreme Court; and that the clerk of the Supreme. Court move the records and papers of said Court to such rooms, on being notified by said sheriff of their being ready.

The same day the Court appointed R. A. Lockwood, Esq., Reporter of the decisions of the Supreme Court.—And on the same day the term closed.